IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MEDARC, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | C.A. No. 3:21-CV-00159-N-BH |
| | § | |
| UNITEDHEALTH GROUP INCORPORATED, et al., | § | |
| | § | |
| *Defendants.* | § | |

# ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants UnitedHealthcare, Inc., Care Improvement Plus Group Management, LLC, Sierra Health and Life Insurance Company, Inc., and UMR, Inc. (collectively, the "United Defendants") filed their Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion"). The Court, having reviewed the Motion and otherwise being fully advised, is of the opinion that the Motion is well-taken and should be granted. It is therefore

ORDERED that the Motion is GRANTED. Plaintiff's Second Amended Complaint is hereby dismissed with prejudice to refiling.

SO ORDERED.

SIGNED this ___ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE